# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

Orthopedic Medical Properties, Ltd.
        Plaintiff(s),
V.
American Economy Insurance Company
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:12-CV-00530-AWI-JLT

Notice is hereby given that, subject to approval by the court, __Orthopedic Medical Properties, Inc.__ substitutes
(Party(s) Name)

__N. Thomas McCartney/McCartney Ganong Law LLP__, State Bar No. __066758__ as counsel of record in
(Name of New Attorney)

place of __N. Thomas McCartney/McCartney & Associates__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McCartney Ganong Law LLP |
| Address: | 924 Truxtun Avenue, Bakersfield CA 93301 |
| Telephone: | (661) 334-8011      Facsimile (661) 334-8016 |
| E-Mail (Optional): | tom@mccartneylaw.net |

I consent to the above substitution.
Date: 2/19/13

I consent to being substituted.
Date: February 22, 2013

I consent to the above substitution.
Date: February 22, 2013

Orthopedic Medical Properties, Inc.
By: _[signature]_
(Signature of Party(s))

N. Thomas McCartney/
McCARTNEY & ASSOCIATES
_[signature]_
(Signature of Former Attorney(s))

N. Thomas McCartney/
McCARTNEY GANONG LAW LLP
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/22/13      /s/ Jennifer L. Thurston
                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]