# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPEDIC MEDICAL PROPERTIES LTD, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ECONOMY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.: 1:12-cv-00530 AWI JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 21) |

On April 30, 2013, Defendant filed a notice of settlement of this matter. (Doc. 21) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. No later than May 31, 2013, the parties **SHALL** file a stipulated request for dismissal;
2. All pending dates are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **May 1, 2013**                             **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE