UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPEDIC MEDICAL PROPERTIES LTD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, a California general partnership, and DOES 1 through 50, inclusive.<br><br>　　　　　Defendant. | CASE NO. 1:12−CV−00530−AWI−JLT<br><br>Magistrate Judge: Hon. Jennifer L. Thurston<br><br>**JOINT STIPULATION AND ORDER EXTENDING DATE FOR PARTIES TO FILE STIPULATED REQUEST FOR DISMISSAL** |

　　　　Plaintiff ORTHOPEDIC MEDICAL PROPERTIES LTD ("Plaintiff") and Defendant AMERICAN ECONOMY INSURANCE COMPANY ("American Economy" or "Defendant"), through their respective counsel of record, respectfully file the following joint stipulation for an extension on the date the stipulated request for dismissal must be filed:

　　　　WHEREAS, Plaintiff and Defendant reached an agreement to fully resolve the case and all claims against Defendant on April 29, 2013;

　　　　WHEREAS, Defendant caused to be filed a Notice of Settlement advising the Court of the Parties' resolution of all claims and causes of action in this case;

　　　　WHEREAS, on May 1, 2013, Judge Jennifer L. Thurston issued an Order stating that the Parties shall file a stipulated request for dismissal no later than May 31, 2013;

WHEREAS, Plaintiff and Defendant reached agreement on the language of the written settlement agreement on May 22, 2013;

WHEREAS, Plaintiff provided Defendant with an electronic copy of the signed settlement agreement executed by Plaintiff on May 28, 2013;

WHEREAS, Defendant is in the process of issuing the settlement check to Plaintiff which Defendant anticipates will be sent to Defense counsel within the next two weeks;

WHEREAS, Plaintiff has authorized Defendant to file the stipulated request for dismissal on behalf of both parties upon Plaintiff's receipt of the settlement check;

WHEREAS, Plaintiff and Defendant respectfully request that the Court extend the date that the parties must file the stipulated request for dismissal to permit Plaintiff time to receive the settlement check and authorize Defendant to file the stipulated request for dismissal;

WHEREAS, while Plaintiff and Defendant believe that the stipulated request for dismissal will be filed before then, Plaintiff and Defendant respectfully request that the Court extend the date the parties must file the stipulated request for dismissal up to and including June 28, 2013;

IT IS SO STIPULATED

ROPERS, MAJESKI, KOHN & BENTLEY

Dated: May 31, 2013         By: */s/ Pamela E. Cogan*
                                PAMELA E. COGAN
                                BLAKE J. RUSSUM
                                Attorneys for Defendant
                                AMERICAN ECONOMY INSURANCE
                                COMPANY

MCCARTNEY GANONG LAW LLP

Dated: May 31, 2013         By: */s/ N. Thomas McCartney*
                                N. THOMAS MCCARTNEY
                                Attorney for Plaintiff
                                ORTHOPEDIC MEDICAL PROPERTIES
                                LTD.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' joint stipulation for an extension on the date the parties must file the stipulated request for dismissal, the parties SHALL file a stipulated request for dismissal not later than June 28, 2013.

IT IS SO ORDERED.

Dated: **June 2, 2013**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE