PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           pcogan@rmkb.com
brussum@rmkb.com

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPEDIC MEDICAL PROPERTIES LTD, | CASE NO.  1:12-CV-00530-AWI-JLT |
| Plaintiff, | STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE |
| v. | [FRCP Rule 41(a)(1)(A)] |
| AMERICAN ECONOMY INSURANCE COMPANY, a California general partnership, and DOES 1 through 50, inclusive. | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, ORTHOPEDIC MEDICAL PROPERTIES LTD, and Defendant, AMERICAN ECONOMY INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, per Federal Rules of Civil Procedure Rule 41 (a)(1)(A).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

///

///

///

RC1/6932727.1/BJR

the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED**

Dated: July 5, 2013                                    ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Pamela E. Cogan*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant
AMERICAN ECONOMY INSURANCE
COMPANY



MCCARTNEY GANONG LAW LLP


Dated: July 5, 2013                                    By: */s/ N. Thomas McCartney*
N. THOMAS MCCARTNEY
Attorney for Plaintiff
ORTHOPEDIC MEDICAL PROPERTIES
LTD.

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   July 8, 2013                                    _____
                                                         SENIOR  DISTRICT  JUDGE