PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	pcogan@rmkb.com
brussum@rmkb.com

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPEDIC MEDICAL PROPERTIES LTD,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, a California general partnership, and DOES 1 through 50, inclusive.<br><br>Defendant. | CASE NO.  1:12-CV-00530-AWI-JLT<br><br>STIPULATION AND  ORDER RE DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP Rule 41(a)(1)(A)] |

**IT IS HEREBY STIPULATED** by and between Plaintiff, ORTHOPEDIC MEDICAL PROPERTIES LTD, and Defendant, AMERICAN ECONOMY INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, per Federal Rules of Civil Procedure Rule 41 (a)(1)(A).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

///

///

///

RC1/6932727.1/BJR

STIPULATION AND [PROPOSED] ORDER
DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. 1:12-CV-00530-AWI-JLT

the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED**

Dated: July 5, 2013                                    ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Pamela E. Cogan*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant
AMERICAN ECONOMY INSURANCE
COMPANY


MCCARTNEY GANONG LAW LLP


Dated: July 5, 2013                                    By: */s/ N. Thomas McCartney*
N. THOMAS MCCARTNEY
Attorney for Plaintiff
ORTHOPEDIC MEDICAL PROPERTIES
LTD.

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   July 8, 2013                                  _____
                                                       SENIOR  DISTRICT  JUDGE